**James Michael TERRY, Petitioner–**
**Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

**No. 05–11033.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 27, 2007.

Jeffrey Scott Cashdan, King & Spalding, Atlanta, GA, for Petitioner–Appellant.

Yvette Rhodes, Tampa, FL, for Respondent–Appellee.

Before DUBINA and COX, Circuit Judges, and SCHLESINGER,* District Judge.

PER CURIAM:

After reviewing the record and reading the parties' briefs, we affirm the district court's order denying Terry's second 28 U.S.C. § 2255 motion. Under § 2244(b)(4), a district court shall dismiss any claim presented in a second or successive application that does not meet the requirements set forth in § 2244(b)(2). *See, e.g., In re Morris,* 328 F.3d 739, 740–41 (5th Cir.2003) (granting petitioner's application for leave to file a successive motion, but noting that the district court would dismiss petitioner's motion without reaching the merits if it determined that the petitioner did not satisfy the requirements in § 2244(b)(2)). The district court properly concluded that none of Terry's claims satisfied these requirements. Accordingly, we affirm the district court's order.

AFFIRMED.